Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURIE WOODS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Foreign Limited Liability Company, d/b/a THE COSMOPOLITAN OF LAS VEGAS; DOES I-X; and, ROE Corporation I-X,<br><br>　　　　Defendants. | Case No. 2:14-cv-01265-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Laurie Woods and Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

JACKSON LEWIS P.C.
LAS VEGAS

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated this 25th day of November, 2014.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| /s/ James P. Kemp | /s/ Lisa A. McClane |
| James P. Kemp, Bar # 6375 | Veronica Arechederra Hall, Bar # 5855 |
| 7435 West Azure Drive, Suite 110 | Lisa A. McClane, Bar # 10139 |
| Las Vegas, Nevada 89130 | 3800 Howard Hughes Parkway, Ste. 600 |
| | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### ORDER

IT IS SO ORDERED this 25th day of November, 2014.

4843-4457-5776, v. 1

_____
Gloria M. Navarro, Chief Judge
United States District Court